Susana A. Wood, SBN: 156366
Brett M. Witter, SBN: 168340
Office of the City Attorney
CITY OF SACRAMENTO
915 I Street, 4th Floor
Sacramento, CA 95814
Telephone: (916) 808-5346
Facsimile: (916) 808-7455
bwitter@cityofsacramento.org

Rick W. Jarvis, SBN: 154479
JARVIS, FAY & GIBSON, LLP
555 12th Street, Suite 1630
Oakland, CA 94607
Telephone: (510) 238-1400
Facsimile: (510) 238-1404
rjarvis@jarvisfay.com

Attorneys for Defendants
CITY OF SACRAMENTO, THOMAS PACE, and TERESA HAENGGI

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ALWEISS, individually and as a class representative for all similarly situated permit applicants who are class members,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SACRAMENTO, THOMAS PACE, TERESA HAENGGI, and DOES 1-25,<br><br>Defendants. | **CASE NO. 2:21-CV-00784-JAM-DB**<br><br>**NOTICE OF CHANGE OF FIRM NAME**<br><br><br><br><br>Judge:        Hon. John A. Mendez<br>Courtroom:   6, 14th Floor |

1       PLEASE TAKE NOTICE that effective June 1, 2022, the law firm of JARVIS, FAY &

2  GIBSON, LLP, attorneys of record for Defendant, City of Sacramento, will change its name as follows:

3          JARVIS FAY LLP
           555 12th Street, Suite 1630
4          Oakland, California  94607
           Telephone: (510) 238-1400
5          Facsimile:  (510) 238-1404

6

7                              JARVIS, FAY & GIBSON, LLP

8

9  Dated: May 27, 2022              By:_____/s/_____
                                        Rick W. Jarvis
10                                      Attorneys for Defendant CITY OF SACRAMENTO

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Change of Firm Name                          Case No. Case No. 2:21:CV-00784-JAM-DB

**CERTIFICATE OF SERVICE**

I, the undersigned, declare as follows:

I am a citizen of the United States and employed in the County of Alameda; I am over the age of eighteen years and not a party to the within entitled action; my business address is Jarvis, Fay & Gibson, LLP, 555 12th Street, Suite 1630, Oakland, California 94607.

On May 27, 2022, I served the within:

**NOTICE OF CHANGE OF FIRM NAME**

on the parties in this action as follows:

| | |
|---|---|
| Evan C. Nelson<br>Law Office of Evan C. Nelson<br>1261 Locust Street, No. 191<br>Walnut Creek, CA 94596-4509<br>evancnelson.law@gmail.com | *Attorneys for Plaintiff DANIEL ALWEISS,*<br>*individually and as Class Representative, and*<br>*Class Members* |

**VIA PACER:** I caused a copy of the document to be sent to the parties listed above via the Court's CM-ECF filing system.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on May 27, 2022, at San Francisco, California.

_____
Katherine Carr James

Certificate of Service

Case No. Case No. 2:21:CV-00784-JAM-DB